

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00031-CV

**IN THE INTEREST OF O.N.H.** and D.H., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02788
Honorable Cathleen M. Stryker,[1] Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

 In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

 It is ORDERED that no costs shall be assessed against appellant, Donnie H., because he is indigent.

 SIGNED April 24, 2013.

_____
Luz Elena D. Chapa, Justice

---

[1]This case was tried by the Honorable Charles E. Montemayor, Associate Judge, appointed pursuant to section 201.201 of the Texas Family Code. *See* TEX. FAM. CODE ANN. § 201.201, *et seq.* (West 2008 & West Supp. 2012). His Associate Judge's Report and Order was signed and adopted by the Honorable Cathleen M. Stryker, presiding judge of the 224th Judicial District Court of Bexar County, Texas.